UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRANDON SWALLOW, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:18 CV 1045 JMB |
| CORIZON, LLC., et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM and ORDER**

This matter is before the Court on Plaintiff's Motion to Continue Stay Pending Bankruptcy Proceedings (Doc. 177).  The Motion is **GRANTED in part**.

This matter was effectively stayed as to all pending Defendants in April, 2023 after Corizon, LLC filed for bankruptcy in February, 2023 (Doc. 145).  Since that time, Corizon has filed status reports every 6 months informing the Court of the status on the bankruptcy proceedings.  In the latest status report (Doc. 172), Corizon has reported, and the exhibits demonstrate, that a settlement of the bankruptcy proceedings has been achieved through a Confirmation Order of the Bankruptcy Court.  Pursuant to that Confirmation Order and related bankruptcy orders, a fund has been established (but not yet fully funded) to compensate Plaintiff, and others similarly situated, for the acts and omissions that form the basis of this lawsuit.  In exchange, Plaintiff is enjoined from actively pursuing this case.  The settlement fund will be fully funded within 30 months of the effective date.  If the plan fails, then Plaintiff will be free to further pursue the claims in this lawsuit.

At a status conference held on January 21, 2026, the Court permitted the parties to state whether they believe the stay should continue or whether this matter may be administratively closed (Doc. 176).

After reviewing the motion filed by Plaintiff and Defendants' response, the Court finds that if would be efficient to administratively close this matter for statistical purposes in light of the length of the stay.  Such a procedure will maintain the stay but reduce the amount of time that the parties and the Court will need to spend on a case that will be in abeyance for at least two years.

To that end, the Clerk of Court is **DIRECTED** to administratively close this case for statistical purposes only.  The bankruptcy stay remains in effect.  Defendants (or Plaintiff) shall file a status report with the Court within one month of the full funding of the bankruptcy settlement fund or disbursement to Plainiff or by **October 29, 2027** at counsel's discretion.  The parties may file a motion to reopen or dismiss this matter at any time should circumstances change, if appropriate.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of February, 2026